UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE LLRICE 601                          )
CONTAMINATON LITIGATION      )      No. 4:06MD1811 CDP
LITIGATION                                  )

**This order applies in the following cases:**

| | |
|---|---|
| Talley v. Bayer Cropscience, LP | 4:07-CV-449 CDP |
| Thibodeaux v. Bayer Cropscience, LP | 4:07-CV-450 CDP |
| Leonards, et al. v. Bayer Cropscience, LP | 4:07-CV-451 CDP |
| Harrington, et al. v. Bayer Cropscience, LP | 4:07-CV-454 CDP |
| Benoit v. Bayer Cropscience, LP | 4:07-CV-477 CDP |
| Boudreaux v. Bayer Cropscience, LP | 4:07-CV-479 CDP |
| Leblanc v. Bayer Cropscience, LP | 4:07-CV-483 CDP |
| Theriot v. Bayer Cropscience, LP | 4:07-CV-485 CDP |
| Theriot v. Bayer Cropscience, LP | 4:07-CV-487 CDP |
| Harrington Bros Farm, Inc. | 4:07-CV-488 CDP |
| v. Bayer Cropscience, LP | |
| Fanny Edith Winn Educational Trust, et al. | 4:07-CV-489 CDP |
| v. Bayer Cropscience, LP | |
| Hornsby v. Bayer Cropscience, LP | 4:07-CV-527 CDP |
| Lundsford v. Bayer Cropscience, LP | 4:07-CV-529 CDP |
| Theriot v. Bayer Cropscience, LP | 4:07-CV-530 CDP |
| Harrington v. Bayer Cropscience, LP | 4:07-CV-531 CDP |
| Faul, et al. v. Bayer Cropscience, LP | 4:07-CV-542 CDP |
| Zaunbrecher & Cassedy Farm Partnership | 4:07-CV-558 CDP |
| v. Bayer Cropscience, LP | |
| Harrington v. Bayer Cropscience, LP | 4:07-CV-559 CDP |
| Zaunbrecher & Cassedy Cattle, Inc. | 4:07-CV-563 CDP |
| v. Bayer Cropscience, LP | |
| Faul v. Bayer Cropscience, LP | 4:07-CV-564 CDP |
| Harrington v. Bayer Cropscience, LP | 4:07-CV-565 CDP |
| Sonnier v. Bayer Cropscience, LP | 4:07-CV-760 CDP |
| Watkins v. Bayer Cropscience, LP | 4:07-CV-762 CDP |
| Smith v. Bayer Cropscience, LP | 4:07-CV-763 CDP |
| Frey v. Bayer Cropscience, LP | 4:07-CV-764 CDP |

| | |
|---|---|
| Frey v. Bayer Cropscience, LP | 4:07-CV-765 CDP |
| Manuel v. Bayer Cropscience, LP | 4:07-CV-766 CDP |
| Benoit v. Bayer Cropscience, LP | 4:07-CV-770 CDP |
| Fontenot v. Bayer Cropscience, LP | 4:07-CV-771 CDP |
| Manuel v. Bayer Cropscience, LP | 4:07-CV-776 CDP |
| LeJeune v. Bayer Cropscience, LP | 4:07-CV-784 CDP |
| Redlich v. Bayer Cropscience, LP | 4:07-CV-785 CDP |
| Breaux v. Bayer Cropscience, LP | 4:07-CV-786 CDP |
| Broussard v. Bayer Cropscience, LP | 4:07-CV-789 CDP |
| Zaunbrecher v. Bayer Cropscience, LP | 4:07-CV-795 CDP |
| Simon v. Bayer Cropscience, LP | 4:07-CV-796 CDP |
| Frey v. Bayer Cropscience, LP | 4:07-CV-798 CDP |
| Robert Cramer Farms LLC v. Bayer Cropscience, LP | 4:07-CV-799 CDP |
| Doise v. Bayer Cropscience, LP | 4:07-CV-835 CDP |
| Doise v. Bayer Cropscience, LP | 4:07-CV-836 CDP |
| Lucky D. Farms, LLC v. Bayer Cropscience, LP | 4:07-CV-840 CDP |
| Zaunbrecher v. Bayer Cropscience, LP | 4:07-CV-841 CDP |
| Faul v. Bayer Cropscience, LP | 4:07-CV-842 CDP |
| Fruge v. Bayer Cropscience, LP | 4:07-CV-843 CDP |
| Zaunbrecher v. Bayer Cropscience, LP | 4:07-CV-845 CDP |
| Hilda Frey Farm v. Bayer Cropscience, LP | 4:07-CV-846 CDP |

## ORDER

Plaintiffs in each of these cases have filed a Notice of Dismissal Without Prejudice Pursuant to Rule 41(a)(1), Fed. R. Civ. P. [docket entry # 349]. As no defendants have filed answers or motions for summary judgment, plaintiffs are entitled to dismiss their cases without prejudice and without approval by the court. Accordingly,

**IT IS HEREBY ORDERED** that each of the listed cases is dismissed,

without prejudice.




_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE


Dated this 4th day of September, 2007.